USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 5/1/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Alisha Sheerahamad,

Plaintiff(s),

-against-

Department of Education of the City of New York, et al.,

Defendant(s),

No. 22 Civ. 4873 (CM)(OTW)

ORDER OF REFERENCE TO MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Ona T. Wang, United States Magistrate Judge for the following purpose(s):

☐ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific non-dispositive motion/dispute:*
____________________
____________________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ____________

☑ Settlement

☐ Inquest after default/damages hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary instruction)

Purpose: ____________

Habeas corpus

☐ Social security

☐ Dispositive motion (*i.e.*, motion requiring a Report and Recommendation)

Particular motion: ____________
____________________

All such motions: ____________

*Do not check if already assigned for general pretrial.

Dated: 5/1/2023
New York, NY

SO ORDERED:

Colleen McMahon

Hon. Colleen McMahon
United States District Judge