# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844) 636-1021/Fax**
slk@stewartkarlin.com

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

**Concentrating in Employment, Education and Insurance Law**
**Website:** www.stewartkarlin.com


July 19, 2023

**BY ECF**
Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Sheerahamad v. Department of Education of The City of New York et al,***
**22-cv-04873 (CM)**

Dear Judge McMahon:

I am the attorney representing Plaintiff in the above referenced matter. I write jointly with counsel for Defendants to respectfully request that the Court extend the current discovery deadlines, as set forth below.

By way of background, Plaintiff brings this action raising claims under state and federal law alleging that Defendants failed to properly investigate and address bullying and harassment of Plaintiff's daughter, C.G., over a period of approximately two years. Plaintiff seeks monetary damages and interest thereon, equitable relief, and attorneys' fees and costs. Plaintiff names as defendants the City of New York, the New York City Department of Education, the New York City Board of Education, Katrina Duncan, Diana Lagnese, Andrea Mitchell, Ms. Scheklier, Alison Arduini, and Keturah Hardy.

On April 28, 2023, the parties requested that Your Honor refer this matter to a Magistrate Judge so the parties can make a concentrated effort to explore settlement. The parties also requested an extension of time to complete discovery. Since that time, the parties have been working with Magistrate Judge Ona T. Wang and taking steps to move toward a settlement in this case. The parties first had a joint meeting with Magistrate Wang and this week are having follow up *ex parte*

meetings. Additional time, however, is needed to continue this process between the parties and with the assistance of Magistrate Wang.

The parties have also continued to engage in document discovery. In the event that our settlement efforts fail, additional time is also needed to complete document discovery, including outstanding medical records, and to take depositions once these records have been obtained.

Accordingly, the parties respectfully request that the time to complete discovery be extended as follows:

1. Deadline to complete fact discovery, including depositions, extended to November 30, 2023;

2. Deadline to complete expert disclosures extended to December 29, 2023 (Plaintiff) and January 30, 2024 (Defendants);

3. Deadline to submit a joint pre-trial order extended to February 29, 2024.

This is the parties third request for extension of the discovery schedule. The extension will afford the parties time to continue their efforts to reach a settlement agreement and will save litigation costs due to the number of depositions anticipated in this action.

We thank the Court for its consideration of this matter.

Respectfully submitted,

STEWART LEE KARLIN

cc: Shlomit Aroubas, Senior Counsel
NYC Law Dept via ECF