UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ALISHA SHEERAHAMAD, natural law guardian on behalf of her daughter C.G. a minor child,

Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK *et al.*,

*Defendant*.

---------------------------------------------------------------------- x

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

No. 22 CV 04873 (CM) (OTW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2024

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Marlena Smith, an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants, the New York City Department of Education, Board of Education of the City of New York, Katrina Duncan, Diana Graf ("Lagnese"), Andrea Mitchell, Janine Schleicher ("Ms. Scheklier"), Alison Arduini, and Keturah Hardy, in the above-captioned action, hereby respectfully request leave to withdraw as an attorney of record, as I have voluntarily submitted my notice of resignation from the Office of Corporation Counsel, effective March 22, 2024, and will no longer be assigned to the defense of this matter after that date. The Office of the Corporation Counsel will continue to serve in such a capacity.

Therefore, I hereby respectfully request that the Court grant me leave to withdraw as counsel and that my appearance be removed from the docket.

Remove Ms Smith from ECF list

Colleen McMahon
3/25/2024

Dated: New York, New York
March 22, 2024

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street
New York, NY 10007
(212) 356- 8761
MarlSmit@law.nyc.gov

By: /s/ Marlena Smith
Marlena Smith
Assistant Corporation Counsel

cc: All counsel of record (by ECF).